IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: KAREN & GEORGE WOODS        )
                                   )
COUNTRYWIDE HOME LOANS,            )
        Creditor,                  )
   vs.                             ) CASE NO. 04B76165
                                   ) JUDGE MANUEL BARBOSA
KAREN & GEORGE WOODS,              )
        Debtor                     )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Countrywide Home Loans, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of February 20, 2007.

    a. Attorney's Fees         $250.00

    b. Bankruptcy fees         $100.00

    c. Filing fees              $46.48

    d. Inspections             $208.00

    Total                      $604.48

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Countrywide Home Loans rights to collect these amounts will remain unaffected.

                              Respectfully Submitted,
                              Countrywide Home Loans

                              /s/A. Stewart Chapman
                              A. Stewart Chapman/ARDC#6255733

                              Pierce and Associates, P.C.
                              1 North Dearborn Street, Ste. 1300
                              Chicago, Illinois 60602
                              (312)346-9088