# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: KAREN WOODS & GEROGE WOODS  
120 HOME DRIVE  
DEKALB, IL  60115  

SSN-xxx-xx-3358 & xxx-xx-8374

Case Number: 04-76165

Case filed on: 12/14/2004  
Plan Confirmed on: 4/15/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,050.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CHARLES L FIERZ | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 221 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KAREN WOODS | 0.00 | 0.00 | 50.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 50.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 1,881.73 | 1,881.73 | 1,881.73 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 6,477.97 | 6,477.97 | 6,477.97 | 826.40 |
|  | Total Secured | 8,359.70 | 8,359.70 | 8,359.70 | 826.40 |
| 002 | HEIGHTS FINANCE | 3,234.51 | 3,234.51 | 1,634.41 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 158.47 | 158.47 | 80.07 | 0.00 |
| 004 | CHECK INTO CASH INC | 144.00 | 144.00 | 72.76 | 0.00 |
| 005 | CHECK INTO CASH INC | 288.00 | 288.00 | 145.53 | 0.00 |
| 006 | RESOURCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MERRICK BANK | 977.32 | 977.32 | 493.83 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,024.34 | 1,024.34 | 517.60 | 0.00 |
| 011 | CARDIAC SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIGI'S INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINI CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ADVANCE AMERICA | 360.00 | 173.93 | 173.93 | 0.00 |
| 016 | ADVANCE AMERICA | 432.00 | 208.72 | 208.72 | 0.00 |
| 017 | ALLIED BUSINESS ACCOUNTS INC | 2,452.03 | 2,452.03 | 1,239.00 | 0.00 |
| 018 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COTTONWOOD FINANCIAL | 1,262.50 | 1,262.50 | 637.94 | 0.00 |
| 021 | PREMIER BANKCARD/CHARTER | 252.48 | 252.48 | 127.58 | 0.00 |
| 022 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | WORLD ACCEPTANCE CORPORATION | 160.00 | 160.00 | 80.85 | 0.00 |
| 024 | WORLD ACCEPTANCE CORPORATION | 490.00 | 490.00 | 247.59 | 0.00 |
| 025 | RRCA ACCOUNTS MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 941.12 | 941.12 | 475.54 | 0.00 |
|  | Total Unsecured | 12,176.77 | 11,767.42 | 6,135.35 | 0.00 |
|  | Grand Total: | 22,036.47 | 21,627.12 | 16,045.05 | 826.40 |

Total Paid Claimant:     $16,871.45  
Trustee Allowance:        $1,178.55  
Percent Paid Unsecured:     52.14  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan